```
FILED
CLERK, U.S. DISTRICT COURT
APR 9, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY:      RMQ       DEPUTY
```

Timothy Brock McClellan, SBN 207522
THE LAW OFFICES OF TIMOTHY BROCK McCLELLAN
A PROFESSIONAL CORPORATION
77-564 Country Club Drive, Ste 228
Palm Desert, CA 92211
Phone: (760) 772 – 4245
Facsimile: (760) 772–4252
Email:  brock@tbmcclellanlaw.com

JS-6

Attorney for Plaintiff LISETTE BEAM, M.D., individually

UNITED STATE DISTRICT COURT

CENTRAL DISTICT OF CALIFORNIA

| | |
|---|---|
| LISETTE BEAM, M.D., individually, ) <br> ) <br> Plaintiff. ) <br> ) <br> v. ) <br> ) <br> NUTRITION CENTER, INC. also known as ) <br> Nutri-West a Wyoming Company; and DOES ) <br> 1-100, inclusive, ) <br> ) <br> Defendants. ) | **CASE NO.  2:14-cv-02412-SVW-RZ** <br><br> ORDER ON <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDRAL RULE OF CIVIL PROCEDURE 41(a)(1)** <br><br> **Hon. Stephen V. Wilson** <br><br> **Action Filed: March 30, 2014** <br><br> IT IS SO ORDERED <br> Dated:  April 9, 2014 <br><br> *[signature]* <br> _____ <br> STEPHEN V. WILSON, U.S. District Judge |

PLEASE TAKE NOTICE that Plaintiff LISETTE BEAM, M.D. (Hereinafter referred to as "Plaintiff")

Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without*

*prejudice* as to Defendant NUTRITION CENTER, INC. also known as Nutri-West a Wyoming

Company.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) **Voluntary Dismissal**.

    (1) **By the Plaintiff**.

        a. *Without a Court Order* subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statutes, the plaintiff may dismissal any action without a court order by filing:

            (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

        THE LAW OFFICES OF TIMOTHY BROCK McCLELLAN
        A PROFESSIONAL CORPORATION

Dated: April 7, 2014        /s/   Timothy Brock McClellan
                              Timothy Brock McClellan Attorney for Plaintiff
                              LISETTE BEAM, M.D.